# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

Clifford W. Taylor,
Chief Justice

129709

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ASSET ACCEPTANCE CORPORATION,
     Plaintiff-Appellee,

v

                                   SC: 129709
                                   COA: 251798
                                   Washtenaw CC: 03-000511-AV

GAYLA L.  HUGHES,
          Defendant-Appellant,
and

DEPARTMENT OF TREASURY,
          Garnishee-Defendant.
_____/

      On order of the Court, the application for leave to appeal the September 6, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006                                            _____

t0427                                                   Clerk